# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| LETICIA VALENZUELA,<br><br>    Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION,<br><br>    Defendant.<br>_____ / | No. C 13-5607 EDL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      May 28, 2014<br>Mediator:  Robert Epstein |

IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's insurer representative, Courtney Hauer, from appearing in person at the May 28, 2014, mediation before Robert Epstein is GRANTED. Ms. Hauer shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 28, 2014          By:  _____
Dated                         Maria-Elena James
                              United States Magistrate Judge