UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

LETICIA VALENZUELA,

    Plaintiff,

v.

TARGET CORPORATION, et al.,

    Defendants.

No. C 13-5607 EDL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    May 28, 2014
Mediator:  Robert Epstein

    IT IS HEREBY ORDERED that the request to excuse plaintiff Leticia Valenzuela from appearing in person at the May 28, 2014, mediation session before Robert Epstein is DENIED. The court finds that Ms. Valenzuela's reasons for requesting relief from the personal attendance at the mediation do not fulfill the requirements of ADR L.R. 6-10(d) sufficiently to outweigh the requirements of ADR L.R. 6-10(a). Accordingly, the request is DENIED and Ms. Valenzuela shall appear in person at the mediation. The court, however, realizes that this denial will cause Ms. Valenzuela some hardship and so strongly urges the parties to petition Judge Laporte for an extension of the deadline to complete mediation, thereby enabling them to postpone the mediation until such time as Ms. Valenzuela is able to attend in person or is able to provide sufficient justification for her request to be excused to meet the requirements of ADR L.R. 6-10(d).

///

The court also reminds plaintiff's counsel that the procedures for submitting a request to be excused from appearing in person at a mediation are clearly set forth in ADR L.R. 6-10(d).

IT IS SO ORDERED.

MAY 21, 2014          By: _____
Dated                        Maria-Elena James
                             United States Magistrate Judge