**MAHO & PRENTICE, LLP**
Chad M. Prentice (SB# 173811)
629 State Street, Suite 217
Santa Barbara, CA 93101
Phone: (805) 962-1930
Fax: (805) 456-2141

Attorneys for Defendant
Global Building Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA VALENZUELA,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION;<br>GLOBAL BUILDING SERVICES, INC.;<br>GLOBAL BUILDING SERVICES; and<br>DOES 1 to 10,<br><br>    Defendants. | CASE NO.: 3:13-cv-05607<br><br>[Napa County Superior Court Case. 26-62137]<br><br>Magistrate Judge: Elizabeth D. LaPorte<br><br>Further Case Management Conference<br>Date:   June 24, 2014<br>Time:   10:00 a.m.<br><br>**DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE** [PROPOSED] |

    Defendant Global Building Services, Inc., through its undersigned counsel, Chad Prentice and pursuant to Northern District of California Local Rules, hereby requests this Court's permission to allow Mr. Prentice to appear by telephone at the upcoming Further Case Management Conference scheduled for June 24, 2014 at 10:00 a.m.

    Undersigned counsel respectfully requests that the Court grant him leave to participate in the June 24th conference by telephone. Counsel lives and works in Santa Barbara, California and it would be an undue financial hardship for both counsel and Defendant to pay for travel. Plaintiff therefore respectfully requests that this Court agree to allow him to participate in the June 24, 2014 conference by telephone. Mr. Prentice's direct phone line is (805) 880-7629.

1
**DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE [PROPOSED]**

1  Respectfully submitted,

2

3  DATED: June 20, 2014                    **MAHO & PRENTICE, LLP**

4                                           By: _____
                                             Chad Prentice Attorneys for Defendant,
5                                            Global Building Services, Inc

6

7

8

9                          [PROPOSED] ORDER

10     The request of Chad Prentice to make a telephonic appearance at the June 24, 2014 10:00

11  a.m. Case Management Conference is GRANTED.

12

13
    Date: June 23, 2014         *Elijah D. Laporte*
14                               United States District Judge

15

...