**MAHO & PRENTICE, LLP**
Chad M. Prentice (SB# 173811)
629 State Street, Suite 217
Santa Barbara, CA 93101
Phone: (805) 962-1930
Fax: (805) 456-2141

Attorneys for Defendant
Global Building Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA VALENZUELA,<br><br>  Plaintiff,<br>vs.<br><br>TARGET CORPORATION;<br>GLOBAL BUILDING SERVICES, INC.;<br>GLOBAL BUILDING SERVICES; and<br>DOES 1 to 10,<br><br>  Defendants. | CASE NO.: 3:13-cv-05607<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT GLOBAL BUILDING SERVICES, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT FROM DOCKET<br><br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

Defendant Global Building Services, Inc.'s Administrative Motion to Remove Incorrectly Filed Document From Docket is hereby GRANTED. The clerk will remove document #29 from the court's electronic filing system.

Date: September 3, 2014

_____
Hon. Elizabeth D. Laporte
United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT GLOBAL BUILDING SERVICES, INC.'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENT FROM DOCKET