United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LETICIA VALENZUELA,
          Plaintiff,

          v.

TARGET CORPORATION, et al.,
          Defendants.

Case No.  13-cv-05607-EDL (DMR)

**ORDER OF CONDITIONAL
DISMISSAL**

Having been advised that the parties have agreed to a settlement of this case, the Court

orders that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for

the purpose of proceeding with the litigation in the event a settlement has not been completed prior

to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel

on or before the foregoing date, the dismissal will be with prejudice.

          **IT IS SO ORDERED.**

Dated: September 17, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge